**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
                        (State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**      __Mack Industries IV, LLC__

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)     __ __ - __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   __6820 Centennial Drive__
   Number   Street

   __Tinley Park, IL  60477__
   City              State   ZIP Code

   __Cook__
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City      State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City      State   ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Mack Industries IV, LLC**                                    Case number (if known) _____
        Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5   3   1   3

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                     MM / DD / YYYY

If more than 2 cases, attach a separate list.

        District _____  When _____  Case number _____
                                     MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
☒ Yes.  Debtor  See Attached List                    Relationship _____
        District _____        When _____
                                                           MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Case number, if known _____

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 2

Debtor  __Mack Industries IV, LLC__   Case number (if known)_____
        Name

### 11. Why is the case filed in *this district*?

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number    Street

_____
City                               State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Mack Industries IV, LLC   Case number (if known) _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

X _Ronald R. Peterson_ (signature)
Signature of authorized representative of debtor       Printed name

Title Ronald R. Peterson, as Chapter 11 Trustee for Mack Industries, Ltd.

**18. Signature of attorney**

X _Ron Peterson_ (signature)   Date 6 2 2017
Signature of attorney for debtor          MM / DD / YYYY

Ronald R. Peterson
Printed name
JENNER & BLOCK LLP
Firm name
353 North Clark Street
Number    Street
Chicago                                  IL        60654-3456
City                                     State     ZIP Code

(312) 222-9350                           rpeterson@jenner.com
Contact phone                            Email address

02188473                                 IL
Bar number                               State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES IV, LLC, | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | Joint Administration Requested |

## LIST OF CASES PENDING OR BEING FILED BY DEBTOR AFFILIATES

### I. PENDING CASES BY OR AGAINST DEBTOR AFFILIATES

Debtor     Mack Industries, Ltd.              Relationship    Parent or Affiliate
District   Northern District of Illinois      When            03/24/2017
Case number, if known    17-09308

Debtor     Mack Industries II, LLC            Relationship    Affiliate
District   Northern District of Illinois      When            05/31/2017
Case number, if known    17-16859

Debtor     Oak Park Avenue Realty, Ltd.       Relationship    Affiliate
District   Northern District of Illinois      When            05/31/2017
Case number, if known    17-16651

### II. CASES BEING FILED BY DEBTOR AFFILIATES ON JUNE 2, 2017

Debtor     Mack Industries III, LLC           Relationship    Affiliate
District   Northern District of Illinois      When            06/02/2017
Case number, if known    _____

Date: June 2, 2017                            By: /s/ Ron Peterson
                                              Ronald R. Peterson, Chapter 7
                                              Trustee for Mack Industries,
                                              Ltd., Manager and Member of
                                              Mack Industries IV, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES IV, LLC, | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | Joint Administration Requested |

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: ___3___

The above-named Debtor hereby verifies that the list of creditors is true and correct to the best of my knowledge.

Date: June 2, 2017

By: _____
Ronald R. Peterson, Chapter 7
Trustee for Mack Industries,
Ltd., Manager and Member of
Mack Industries IV, LLC

Mack Industries, Ltd.
6820 Centennial Drive
Tinley Park, IL  60477

Oak Park Avenue Realty
6820 Centennial Drive
Tinley Park, IL  60477

First Community Financial Bank
2801 Black Road
Joliet, IL 60435
Will County

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES IV, LLC, | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | Joint Administration Requested |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rule of Bankruptcy Procedure, the undersigned states that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of Mack Industries IV, LLC's equity interests:

- Mack Industries, Ltd.

June 2, 2017

Ronald R. Peterson
Chapter 7 Trustee for Mack Industries, Ltd.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60657
TEL: 312-222-9350
FAX: 312-527-0484